AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

JERMAINE L. GRIFFIN

# CRIMINAL COMPLAINT

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.  On or about _____ JULY 10, 2007 _____ in ___WASHINGTON___ county, in the _____

District of ___COLUMBIA___ defendant(s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture  and  substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title ___21___ United States Code, Section(s) _____841(a)(1)_____ .

I further state that I am ___**OFFICER SEAN D'AUGOSTINE**___ , and that this complaint is

based on the following facts:

## SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:          ☒ Yes   ☐ No

Signature of Complainant
**OFFICER SEAN D'AUGOSTINE
UNITED STATES PARK POLICE**

Sworn to before me and subscribed in my presence,

_____  at          **Washington, D.C.** _____
Date                                                         City and State

_____          _____
Name & Title of Judicial Officer                            Signature of Judicial Officer

**STATEMENT OF FACTS**

On July 10, 2007, the undersigned officer, assigned to the United States Park Police, received information from a reliable source pertaining to a vehicle carrying a large quantity of crack cocaine. The source provided a description of the vehicle and said that there was crack in a "7 Up" can in the area of the cup holders by the center console. The officer then saw a vehicle matching that description at 14th and Perry Place, N.W., Washington, D.C. The vehicle had extremely dark window tint. The officer conducted a traffic stop. When the officer approached the vehicle, he noticed that the driver, defendant Jermaine Griffin, was very nervous. The officer also noticed an off white substance on the top of the center console. The officer asked the defendant to exit the car. The officer removed the cup holder from in front of the center console of the car, and saw a large off white chunk wrapped in a clear plastic bag with a knot at the top. Next to the clear plastic baggie was a black plastic bag which contained multiple large off white chunks. Further search of the front passengers compartment revealed a "7 UP" can between the center console and front passenger seat, which appeared to have been altered. The can had a hollowed out compartment which is consistent with narcotics packaging, and the can contained 15 off white rocks individually wrapped in a clear plastic bag with knotted tops. The off white rock substance appeared to be crack cocaine. A portion of the off white rock-like substance field tested positive for cocaine base. A search of the center console revealed $980.00 in U.S. Currency. A search of the defendant revealed $414.00 in U.S. Currency. The officer placed the defendant under arrest. The approximate weight of the suspected crack cocaine was 400 grams which is an amount commonly indicating that the suspected crack cocaine was going to be sold to others rather than used exclusively by the defendant.

OFFICER SEAN D'AUGOSTINE
UNITED STATES PARK POLICE


SWORN AND SUBSCRIBED BEFORE ME ON THIS __ DAY OF JULY, 2007.



U.S. MAGISTRATE JUDGE