UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : CRIMINAL NO. 07-CR-190 |
| JERMAINE GRIFFIN | :        (JDB) |

**CONSENT MOTION FOR LEAVE TO LATE FILE
MOTION TO SUPPRESS EVIDENCE AND STATEMENTS AND
POINTS AND AUTHORITIES IN SUPPORT THEREOF**

COMES NOW the Defendant herein, JERMAINE GRIFFIN, by and through his undersigned counsel, and respectfully requests that this Court grant him leave to late file a Motion to Suppress Evidence and Statements ten days after the scheduled due date. Undersigned counsel's Motions were due on September 21, 2007. A motions hearing date of October 29, 2007 has been set and a trial date has been set in this matter for November 15, 2007.

2. Although undersigned counsel has diligently attempted to file her suppression motion by the due date, she has met with a series of delays and obstacles since the last court hearing in this case. She has to prepare for and be ready for a series of trials, not the least of which is a complex high profile double homicide case, which she is trying for the third time since January of 2006, and, originally scheduled for September 25, 2007, has been carried to this Wednesday, October 3, 2007.

3. In addition, undersigned counsel, who has been voted onto her condominium board (over her objection) and placed in charge of rebuilding the building, which burned at the end of March (leaving nine owners homeless, including undersigned counsel) has been spending

countless hours taking bids, researching contractors, walking the building with contractors and subcontractors, negotiating with them, writing contracts, etc. so as to be able to get back into her home. A contract was finally signed last week with the general contractor/fire remediation specialist, after five months of continuous evaluation and negotiation with the contractor and the insurance company carrying the master policy on the building. Thus, although life is never boring, it has more challenging than usual in the past few months and undersigned counsel has had to file some motions a bit late, including the present one.

    4.    Undersigned counsel has spoken to Edward O'Connell, Esquire, the assistant United States Attorney assigned to this case, who has no objection to the Court's granting of the instant Motion. In all fairness, undersigned counsel does not object to the Government having additional time to file its Opposition to this Motion, should the Government need additional time, so long as some time is allowed for the filing of a Reply.

    WHEREFORE, good cause having been shown, undersigned counsel for the Defendant respectfully requests that this Court grant the consent Motion for leave to file the attached Motion to Suppress evidence and Statements ten days beyond the due date. A proposed Order containing the revised dates is hereby submitted for the Court's convenience.

    Respectfully submitted

BY:
Frances M. D'Antuono
Unified Bar No. 358141
218 7th Street, S.E.
Washington, D.C. 20003
(202) 544-6332
fdantuono@msn.com

Counsel for Jermaine Griffin

**Certificate of Service**

    I hereby certify that a true and accurate copy of the foregoing Motion was served, by email, upon Edward O'Connell, Esquire, United States Attorney's Office, Narcotics Section, 555 4th Street, N.W., Washington, D.C. 20530, this 1st day of October, 2007, and upon the chambers of the Honorable John D. Bates, Presiding Judge in the case, this same date. .

    Frances M. D'Antuono

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : CRIMINAL NO. 07-CR-190 |
| JERMAINE GRIFFIN | :          (JDB) |

**O R D E R**

      This Motion is before the Court upon the Motion for Leave to Late File a Motion to Suppress Evidence and Statements, filed by defendant Jermaine Griffin.

In consideration of the reasons advanced in the Motion for Leave to Late File, the lack of any objection from the Government, and the entire record herein, and good cause having been shown, it is this _____ day of _____, 2007.

**ORDERED,** that the Defendant Griffin's Motion be and it hereby is **GRANTED.** The Motion to Suppress Evidence and Statements shall be deemed properly filed.

**SO ORDERED.**

                                                            JOHN D. BATES

                                      UNITED STATES DISTRICT JUDGE

Copies to:

Frances M. D'Antuono, Esquire
218 Seventh Street, S.E.
Washington, D.C. 20003
Counsel for Jermaine Griffin

Edward O'Connell, Esquire
United States Attorney's Office
Gang Prosecution Section
555 4th Street, N.W.
Washington, D.C. 20530