# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                          Criminal Action 07-190

**JERMAINE GRIFFIN**

**FILED**
JAN 3 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Defendant

## Jury Note

Can we see govT photos ASAP

_1/31/08_
DATE

_4:32_
TIME

_____
FOREPERSON

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                          Criminal Action 07-190

JERMAINE GRIFFIN

**FILED**
JAN 31 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Defendant

## Jury Note

We want to examine 3A out of the bag.

_1/31/08_
DATE

_4:41_
TIME

FOREPERSON