# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                    Criminal Action 07-190

**FILED**

FEB 01 2008

JERMAINE GRIFFIN

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Defendant

## Jury Note

Was the truck admitted into evidence? If so, can we view it?

DATE 02/6/07  *should read 2/1/08 -JNR*

TIME 10:14

FOREPERSON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                              Criminal Action 07-190

JERMAINE GRIFFIN

**FILED**

FEB 0 1 2008

Defendant

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Jury Note

Can we find the defendant guilty of possession but not with intent to distribute

02/01/08
DATE

12:23
TIME

FOREPERSON

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                    Criminal Action 07-190

JERMAINE GRIFFIN

Defendant

**FILED**

FEB 01 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Jury Note

The jury has reached a verdict.

2/1/08
DATE

1:12
TIME

FOREPERSON