UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JERMAINE GRIFFIN,<br><br>Defendant. | Criminal Action No. 07-190 (JDB)<br><br>**FILED**<br>FEB 0 1 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S DISTRICT COURT |

### RESPONSE TO JURY NOTE

Your note asked: "Was the truck admitted into evidence? If so, can we view it?"

The truck itself is not in evidence, and you will not be able to view it.

_____
JOHN D. BATES
United States District Judge

Date: Feb. 1, 2008