UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

JERMAINE GRIFFIN,

Defendant.

Criminal Action No. 07-190 (JDB)

**FILED**

FEB 0 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**VERDICT FORM**

1. With respect to the offense of unlawful possession with intent to distribute a mixture or substance containing a detectable amount of cocaine base, also known as crack, where the amount of the mixture or substance was 50 grams or more,

   we the jury find the defendant Jermaine Griffin

   \_\_\_\_X\_\_\_\_ Guilty          _____ Not Guilty

   [If your answer to question number 1 is "not guilty," go on to answer question number 2.]

2. With respect to the offense of unlawful possession with intent to distribute a mixture or substance containing a detectable amount of cocaine base, also known as crack, where the amount of the mixture or substance was 5 grams or more,

   we the jury find the defendant Jermaine Griffin

   _____ Guilty          _____ Not Guilty

2/1/08
_____
DATE

FOREPERSON\