UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No.  07-190 (JDB) |
| v. | : | |
| | : | |
| JERMAINE L. GRIFFIN | : | |
| | : | Sentencing Date: May 2, 2008 |
| Defendant. | : | |

GOVERNMENT'S UNOPPOSED
MOTION TO CONTINUE SENTENCING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves the Court to continue the sentencing in this matter, currently scheduled for May 2, 2008.  In support of this motion, the government states the following:

1. The defendant was convicted after trial of Possession With Intent to Distribute Fifty Grams or More of Cocaine Base, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(iii).

2. The undersigned Assistant United States Attorney is unavailable on the sentencing date of May 2, 2008.  The undersigned mistakenly agreed to the May 2, 2008 sentencing date, and had previously made travel plans for that day.

3. As the defendant is detained pending sentencing, and faces a mandatory minimum sentence of ten years incarceration for this offense, the defendant will suffer no prejudice from a brief continuance of his sentencing.

4. Defense Counsel, Frances M. D'Antuono, Esq. does not oppose the government's motion.

5.  Counsel have consulted with Court staff and propose an alternate date, convenient to the Court and all parties, of Friday, June 27, 2008, at 9:00 a.m.

WHEREFORE, the government respectfully moves the Court to grant the instant motion.

                              Respectfully submitted,

                              JEFFREY A. TAYLOR
                              United States Attorney
                              D.C. Bar Number 498610

BY:                      /S/
                              EDWARD A. O'CONNELL
                              Assistant United States Attorney
                              D.C. Bar Number 460233
                              555 Fourth Street NW
                              Room 3814
                              Washington, DC 20530
                              (202) 514-7505
                              Fax: (202) 514-8786
                              Edward.O'Connell@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Criminal No.  07-190 (JDB) |
| **v.** : | |
| : | |
| **JERMAINE L. GRIFFIN** : | |
| : | Sentencing Date: May 2, 2008 |
| **Defendant.** : | |

**O R D E R**

Having reviewed the Government's <u>Unopposed Motion To Continue Sentencing</u>, and having found good cause, it is hereby:

ORDERED, that the sentencing in this matter, currently scheduled for May 2, 2008, be rescheduled to Friday, June 27, 2008 at 9:00 a.m.

IT IS SO ORDERED, this _____ day of April, 2008

_____
JOHN D BATES
Judge, United States District Court

Copies to:

EDWARD A. O'CONNELL
Assistant United States Attorney
555 Fourth Street NW, Room 3814
Washington, D.C. 23530

Frances M. D'Antuono, Esq.
218 Seventh Street SE
Washington, DC 20003