APR 03 2008 17:11 FR US ATTORNEYS OFFICE 202 514 0477 TO 92730242          P.02

### HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : Docket No.: 07-CR-190 |
|---|---|
| vs. | : |
| GRIFFIN, Jermaine | : Disclosure Date: March 28, 2008 |

FILED
JUN 2 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)
(✓) There are no material/factual inaccuracies therein
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____        4·3·08
Prosecuting Attorney                      Date

#### For the Defendant

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein
(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment

_____        _____  5/15/08
Defendant      Date                  Defense Counsel           Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by April 11, 2008, to U.S. Probation Officer Kelli Cave, telephone number (202) 565-1357, fax number (202) 273-0242.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Genuine A. Hager, Chief
      United States Probation Officer

** TOTAL PAGE.02 **

10 May 2008

Ms. Kelli Griffin Cave
United States Probation Officer
United States Probation Office
United States Courthouse
3rd and Constitution Avenue, N.W.
Washington, D.C. 20001

      Re: <u>United States v. Jermaine Griffin</u>, 07-CR-190-1

Dear Ms. Cave::

    Here are Jermaine's corrections:

    Page 5 - para. 26:  Mr. Griffin notes that the factual proffer as to that offense is incorrect. He never reached for the weapon, and, in fact another person in the house at the time was charged with and convicted of possessing that weapon. There wee 13 people in the house at the time (his mother's house in Barry Farms).

    Page 7, para 28 (third paragraph thereof): This is the case in which the factual proffer alleges that Mr. Griffin admitted that he shot someone who had stolen his bike from a girl who had borrowed it. The factual proffer alleges that Jermaine Griffin told the girl (Ms. Hayes) that he killed Mr. Kibler, apparently while at Ms. Hayes' house and that moments later his brother, Marcus Griffin, walked into her bedroom. The events recited in this sentence, as was proven at trial, occurred three months after the murder, not one week, and Jermaine Griffin did not threaten anyone, as he was in jail at the time. That fact also was proven at trial, and is no doubt why Mr. Griffin was acquitted of the murder charge in the case.

    Page 8, para 28 (2nd paragraph on that page): "Marcus Haynes" should read "Marcus Griffin."

Page 8, para. 28 (fifth paragraph on this page): This should read, "On March 4, 2005, the trial court vacated the conviction and sentence for obstruction of justice, per the Order of the Court of Appeals, and reaffirmed its previously imposed sentence of three to nine years for threats to injure a person."  *F9997-97*

The next (sixth para. on p. 8) should also be re-written as follows: "Griffin was released to a halfway house on June 29, 2006, and to full parole supervision on August 4, 2006. His parole supervision ended without incident on December 28, 2006."  *F9997-97*

Page 9, para. 34: Mr. Griffin denies both the arrest and the offense entirely.

*F 6056-92*

Page 9, para. 36: Mr. Griffin also denies this arrest and offense.

*F2567-94*

Page 9, para. 37: This case was no true billed by the Grand Jury (i.e. they voted not to indict; no probable cause).

Page 11, para. 40: The word "Berry farms" should be Barry" Farms.

Page 11, para. 45: The same change should be made to "Barry Farms" in this paragraph.

Page 13, para. 55: Should read, "The defendant is represented by counsel retained by his family."

Page 14, para. 59: The defendant maintains that, given the crack reduction act, his guideline should now be 120-158 months, not 151-188 months.

Page 16, para. 75: In the last sentence, the phrase, "her dependents," should read "his dependents."

Ms. Cave, please call me to discuss these changes, particularly the guidelines range, so that we are in agreement on that if at all possible.

Thanks so much.

Yours sincerely,

Frances M. D'Antuono

2