UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : |
| | : CRIMINAL NO. 07-CR-190 |
| **JERMAINE GRIFFIN** | : |

NOTICE OF APPEAL

Name and address of appellant:            **JERMAINE GRIFFIN**
                                                                   **D.C. Jail**
                                                                   **1901 D Street, S.E.**
                                                                   **Washington, D.C. 20003**

Name and address of appellant's attorney       Frances M. D'Antuono, Esq.
                                                                          218 Seventh Street, S.E,
                                                                          Washington, D.C. 20003

Offense:
Concise statement of Judgment or Order, giving date and any sentence:

**On February 1, 2008, the Defendant was convicted after jury trial of Possession with the Intent to Distribute 50 Grams or More of Cocaine Base. He was sentenced on June 27, 2008 by the Honorable John D. Bates to 168 months of confinement followed by 60 months of supervised release.**

Name and Institution where now confined, if not on bail:   **District of Columbia Jail**
                                                                                               **1901 D Street, S.E.**
                                                                                               **Washington, D.C. 20003**

   I, the above named Appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgement.

**July 6, 2008**                                          *Jermaine Griffin /fda*
DATE                                                           APPELLANT

|  |  |
|---|---|
| _7/6/08_____ | _Frances M. D'Antuono_____ |
|  | ATTORNEY FOR APPELLANT |

Govt Appeal, No Fee   No

CJA, No Fee     **Yes**

Paid USDC Fee

Paid USCA Fee

Does counsel will to appeal on appeal?    **No**.

**The Defendant was initially represented by a member of the Federal Public Defender Service, having been found CJA eligible. Subsequently, his family was able to retain undersigned counsel for trial only. The family has no remaining funds for the appeal, nor did they have funds for expert services at trial, which were approved and paid for by the Court. The Appellant will thus need Court-appointed counsel on appeal, and undersigned counsel is not a member of the D.C. Circuit's appellate CJA panel.**

Has counsel ordered transcripts?    **No**

Is this appeal pursuant to the 1984 Sentencing Reform Act?   **Yes, the Appellant is appealing both his sentence and the errors at his trial.**