# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 08-3062**

**September Term 2007**

**1:07-cr-00190-JDB-1**

**Filed On: August 8, 2008** [1132272]

United States of America,

    Appellee

    v.

Jermaine L Griffin,

    Appellant

**FILED**

AUG 1 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## O R D E R

    Upon consideration of the motion to appeal in forma pauperis, which was received from Appellant, it is, on the court's own motion,

    **ORDERED** that the motion to appeal in forma pauperis be referred to the district court for resolution in the first instance. It is

    **FURTHER ORDERED** that this case be held in abeyance pending further order of the court.

    The Clerk is directed to transmit a copy of this order along with the original motion to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

                                 **FOR THE COURT:**
                                 Mark J. Langer, Clerk

                    BY:   /s/
                                 Sabrina M. Crisp
                                 Deputy Clerk

Attachment:
      Motion for Leave to Proceed on Appeal In Forma Pauperis