UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JERMAINE GRIFFIN,<br><br>Defendant. | Criminal Action No. 07-190 (JDB)<br><br>**FILED**<br>AUG 1 2 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

**ORDER**

Upon consideration of defendant's motion for leave to proceed on appeal *in forma pauperis* and the August 8, 2008 Order of the United States Court of Appeals for the District of Columbia Circuit, it is hereby

**ORDERED** that the motion for leave to proceed on appeal *in forma pauperis* is **GRANTED**.

**SO ORDERED**.

/s/ JOHN D. BATES
JOHN D. BATES
United States District Judge

Dated: August 12, 2008

